APPEAL,CAP,CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00411−APM−1</u>

Case title: USA v. PARKS et al

Magistrate judge case number:  1:21−mj−00445−ZMF

Date Filed: 06/21/2021

Assigned to: Judge Amit P. Mehta

**<u>Defendant (1)</u>**

| | |
|---|---|
| **STEWART PARKS** | represented by **John L. Machado** |
| | LAW OFFICE OF JOHN MACHADO |
| | 503 D Street, N.W. |
| | 503 D Street, NW |
| | Suite 310 |
| | Washington, DC 20001 |
| | 703−989−0840 |
| | Email: <u>johnlmachado@gmail.com</u> |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: CJA Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (1) | Sentenced to eight (8) months of incarceration and twelve (12) months of supervised release as to this count. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $25. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (2) | Sentenced to eight (8) months of incarceration and twelve (12) months of supervised release as to this count. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $25. |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (3) | Sentenced to six (6) months of incarceration. All terms of incarceration shall run concurrently. Special assessment imposed on this count in the amount of $10. |

| | |
|---|---|
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (4) | Sentenced to six (6) months of incarceration. All terms of incarceration shall run concurrently. Special assessment imposed on this count in the amount of $10. |
| 18 U.S.C. 641; PUBLIC MONEY, PROPERTY OR RECORDS; Theft of Government Property (5) | Sentenced to eight (8) months of incarceration and twelve (12) months of supervised release as to this count. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $25. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D),(E),and (F)and 18:641 | |

**Plaintiff**

| **USA** | represented by | **Barry Kent Disney , I** |
|---|---|---|
| | | DOJ−CRM |
| | | 1331 F Street NW |
| | | Washington, DC 20005 |
| | | 202−305−4367 |
| | | Email: barry.disney@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Benet Kearney** |
| | | DOJ−USAO |
| | | One Saint Andrew's Plaza |
| | | New York, NY 10007 |
| | | 212−637−2260 |
| | | Fax: 212−637−2243 |

Email: benet.kearney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Karen E. Rochlin**
DOJ−USAO
99 Northeast 4th Street
Miami, FL 33132
305−961−9234
Email: karen.rochlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Joseph Hutton Marshall**
USAO
601 D Street NW
Washington, DC 20001
202−252−6629
Email: joseph.hutton.marshall@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Mitra Jafary−Hariri**
DOJ−USAO
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313−226−9632
Email: mitra.jafary−hariri@usdoj.gov
*TERMINATED: 04/25/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2021 | 1 | SEALED COMPLAINT as to STEWART PARKS (1), MATTHEW BAGGOTT (2). (Attachments: # 1 Affidavit in Support) (bb) [1:21−mj−00445−ZMF] (Entered: 05/26/2021) |
| 05/24/2021 | 3 | MOTION to Seal Case by USA as to STEWART PARKS, MATTHEW BAGGOTT. (Attachments: # 1 Text of Proposed Order)(bb) [1:21−mj−00445−ZMF] (Entered: 05/26/2021) |
| 05/24/2021 | 4 | ORDER granting 3 Motion to Seal Case as to STEWART PARKS (1), MATTHEW BAGGOTT (2). Signed by Magistrate Judge Zia M. Faruqui on 5/24/2021. (bb) [1:21−mj−00445−ZMF] (Entered: 05/26/2021) |
| 06/03/2021 | | Arrest of STEWART PARKS in he Middle District of Tennessee (Columbia). (ztl) [1:21−mj−00445−ZMF] (Entered: 06/04/2021) |
| 06/03/2021 | 6 | Arrest Warrant Returned Executed on 6/3/2021 as to STEWART PARKS. (ztl) [1:21−mj−00445−ZMF] (Entered: 06/04/2021) |
| 06/03/2021 | | Arrest of STEWART PARKS in Tennessee. (bb) (Entered: 07/28/2021) |

3

| 06/04/2021 | | MINUTE ORDER as to Defendant: It is hereby ORDERED that STEWART PARKS appear for an initial appearance on June 9, 2021 at 1:00 p.m. before Magistrate Judge Zia M. Faruqui. The hearing will be conducted by video teleconference; call−in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202−354−3173. So Ordered by Magistrate Judge Zia M. Faruqui on 6/4/2021. (ztl) [1:21−mj−00445−ZMF] (Entered: 06/04/2021) |
| 06/04/2021 | | Case unsealed as to STEWART PARKS. (ztl) [1:21−mj−00445−ZMF] (Entered: 06/04/2021) |
| 06/09/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: John L. Machado appearing for STEWART PARKS (Machado, John) [1:21−mj−00445−ZMF] (Entered: 06/09/2021) |
| 06/09/2021 | | ORAL MOTION to Appoint Counsel by STEWART PARKS. (ztl) [1:21−mj−00445−ZMF] (Entered: 06/10/2021) |
| 06/09/2021 | | ORAL MOTION for Speedy Trial by STEWART PARKS. (ztl) [1:21−mj−00445−ZMF] (Entered: 06/10/2021) |
| 06/09/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to STEWART PARKS held on 6/9/2021. Defendant present by video. Due Process Order given to the Government. Oral Motion to Appoint Counsel by STEWART PARKS (1); heard and granted. Defendant placed on Standard Conditions of Release. Oral Motion by the Government for Speedy Trial as to STEWART PARKS (1); heard and granted. Defense did not object. Speedy Trial Excluded from 6/9/201to 6/22/2021 in the Interest of Justice (XT). Preliminary Hearing set for 6/22/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR−Gold; FTR Time Frame: Ctrm 4: [1:38:48−1:48:15]; Defense Attorney: John Machado; US Attorney: Jacob Steiner for Benet Kearney; Pretrial Officer: John Copes. (ztl) [1:21−mj−00445−ZMF] (Entered: 06/10/2021) |
| 06/09/2021 | 13 | ORDER Setting Conditions of Release as to STEWART PARKS (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 6/9/2021. (Attachments: # 1 Appearance Bond) (ztl) [1:21−mj−00445−ZMF] (Entered: 06/10/2021) |
| 06/21/2021 | 15 | INFORMATION as to STEWART PARKS (1) count(s) 1, 2, 3, 4, 5, MATTHEW BAGGOTT (2) count(s) 1, 2, 3, 4. (zltp) Modified on 6/25/2021 (zltp). (Entered: 06/22/2021) |
| 06/21/2021 | 21 | Rule 5(c)(3) Documents Received as to STEWART PARKS from US District Court for the Middle District of Tennessee Nashville Division Case Number 3:21−mj−1115 (bb) (Entered: 07/28/2021) |
| 06/24/2021 | | NOTICE OF HEARING as to STEWART PARKS (1) and MATTHEW BAGGOTT (2): Arraignment set for 6/25/2021 at 10:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference |

| | | |
|---|---|---|
| | | by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.(zjd) (Entered: 06/24/2021) |
| 06/25/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to STEWART PARKS (1) and MATTHEW BAGGOTT (2) held via videoconference on 6/25/2021. Plea of Not Guilty entered by STEWART PARKS (1) on Counts 1−5. Plea of Not Guilty entered by MATTHEW BAGGOTT (2) on Counts 1−4. Defendant MATTHEW BAGGOTT's (2) Oral Motion to Modify Conditions of Release was heard and granted. Paragraph 7(t) of the Order Setting Conditions of Release, ECF No. 10 , is hereby modified to exclude travel to Bedford, Warren, and Coffee Counties from the PSA notification requirement. In the interests of justice, and for the reasons stated on the record, the time from 6/26/2021 through and including 8/31/2021 shall be excluded in computing the date for speedy trial as to both defendants. Status Conference set for 8/31/2021 at 1:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendants: both remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: John Machado (1) and Dumaka Shabazz (2); US Attorney: Benet Kearney. (zjd) (Entered: 06/25/2021) |
| 07/12/2021 | 17 | MOTION for Protective Order by USA as to STEWART PARKS, MATTHEW BAGGOTT. (Attachments: # 1 Text of Proposed Order Proposed Protective Order)(Kearney, Benet) (Entered: 07/12/2021) |
| 07/12/2021 | 18 | STATUS REPORT *Regarding Discovery* by USA as to STEWART PARKS, MATTHEW BAGGOTT (Attachments: # 1 Exhibit A — Examples of Defense Discovery Requests)(Kearney, Benet) (Entered: 07/12/2021) |
| 07/12/2021 | 19 | ORDER granting 17 Motion for Protective Order as to STEWART PARKS (1) and MATTHEW BAGGOTT (2). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 7/12/2021. (lcapm2) (Entered: 07/13/2021) |
| 07/14/2021 | 20 | NOTICE *of Discovery* by USA as to STEWART PARKS, MATTHEW BAGGOTT (Attachments: # 1 Notice to Counsel/Party)(Kearney, Benet) (Entered: 07/14/2021) |
| 08/26/2021 | 22 | NOTICE *of Discovery* by USA as to STEWART PARKS, MATTHEW BAGGOTT (Attachments: # 1 Notice to Counsel/Party, # 2 Notice to Counsel/Party)(Kearney, Benet) (Entered: 08/26/2021) |
| 08/30/2021 | 23 | MOTION for Order to Disclose Items Protected by Rule 6(e) and Sealed Materials by USA as to STEWART PARKS, MATTHEW BAGGOTT. (Attachments: # 1 Text of Proposed Order Proposed Order)(Kearney, Benet) (Entered: 08/30/2021) |
| 08/31/2021 | 25 | STATUS REPORT *Regarding Discovery* by USA as to STEWART PARKS, MATTHEW BAGGOTT (Kearney, Benet) (Entered: 08/31/2021) |
| 08/31/2021 | 26 | ORDER granting the United States' 23 Motion for Order to Disclose Items Protected by Rule 6(e) and Sealed Materials as to STEWART PARKS (1) and MATTHEW BAGGOTT (2). See attached Order for additional details. Signed by Judge Amit P. Mehta on 8/31/2021. (lcapm2) (Entered: 08/31/2021) |
| 08/31/2021 | 27 | NOTICE *of Discovery* by USA as to STEWART PARKS, MATTHEW BAGGOTT (Attachments: # 1 Notice to Counsel/Party)(Kearney, Benet) (Entered: 08/31/2021) |
| 08/31/2021 | | |

|  |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to STEWART PARKS (1), MATTHEW BAGGOTT (2) held via videoconference on 8/31/2021. In the interests of justice, and for the reasons stated on the record, the time from 9/1/2021 through and including 11/5/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 11/5/2021 at 11:30 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendant: both defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: John Machado (1) and Dumaka Shabazz (2); US Attorney: Benet Kearney. (zjd) (Entered: 09/01/2021) |
|---|---|---|
| 09/26/2021 | 28 | NOTICE of Discovery by USA as to STEWART PARKS, MATTHEW BAGGOTT (Attachments: # 1 Notice to Counsel/Party)(Kearney, Benet) (Entered: 09/26/2021) |
| 09/28/2021 | 29 | STATUS REPORT Regarding Discovery by USA as to STEWART PARKS, MATTHEW BAGGOTT (Kearney, Benet) (Entered: 09/28/2021) |
| 10/21/2021 | 30 | STATUS REPORT Regarding Discovery by USA as to STEWART PARKS, MATTHEW BAGGOTT (Kearney, Benet) (Entered: 10/21/2021) |
| 11/05/2021 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to STEWART PARKS (1) and MATTHEW BAGGOTT (2) held via videoconference on 11/5/2021. In the interests of justice, and for the reasons stated on the record, the time from 11/6/2021 through and including 12/17/2021 shall be excluded in computing the date for speedy trial in this case as to both defendants. Status Conference set for 12/17/2021 at 2:30 PM before Judge Amit P. Mehta. Bond Status of Defendant: remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: John Machado (1) and Dumaka Shabazz (2); US Attorney: Benet Kearney. (zjd) (Entered: 11/05/2021) |
| 11/08/2021 | 33 | STATUS REPORT Regarding Discovery by USA as to STEWART PARKS, MATTHEW BAGGOTT (Kearney, Benet) (Entered: 11/08/2021) |
| 11/21/2021 | 34 | MOTION to Permit International Travel by STEWART PARKS. (Attachments: # 1 Exhibit 1 − Email from Real Estate Agent, # 2 Exhibit 2 − Property Brochure − Tulum, # 3 Exhibit 3 − Property Brochure − Cabo San Lucas, # 4 Exhibit 4 − Stewart Parks Flight Information − Mexico, # 5 Exhibit 5 − Property Brochure − Saint Bartholemy, # 6 Exhibit 6 − Stewart Parks Flight Information − France, # 7 Exhibit 7 − Property Brochure − Rio De Janeiro, # 8 Exhibit 8 − Stewart Parks Flight Information − Brazil, # 9 Text of Proposed Order)(Machado, John) (Entered: 11/21/2021) |
| 11/22/2021 | 35 | ORDER granting 34 Motion to Permit International Travel as to STEWART PARKS (1). See attached Order for details. Signed by Judge Amit P. Mehta on 11/22/2021. (lcapm2) (Entered: 11/22/2021) |
| 12/08/2021 | 37 | Rule 5(c)(3) Documents Received as to STEWART PARKS from US District Court Middle District of Tennessee Case Number 21−mj−1115 (bb) (Entered: 12/08/2021) |
| 12/13/2021 | 38 | Unopposed MOTION to Continue Status Date by STEWART PARKS as to STEWART PARKS, MATTHEW BAGGOTT. (Attachments: # 1 Text of Proposed Order)(Machado, John) (Entered: 12/13/2021) |

| 12/15/2021 |    | MINUTE ORDER granting 38 Unopposed Motion to Continue Status Date as to STEWART PARKS (1) and MATTHEW BAGGOTT (2). The status hearing scheduled for December 17, 2021, is hereby vacated and reset for January 18, 2022, at 9:45 a.m. Time is excluded under the Speedy Trial Act until January 18, 2022, as the interests of justice outweigh the interests of Defendants and the public in a speedy trial. Specifically, the exclusion of time is warranted to afford the defense additional time to review discovery and prepare a trial and for possible trial. Signed by Judge Amit P. Mehta on 12/15/2021. (lcapm2) (Entered: 12/15/2021) |
|---|---|---|
| 01/18/2022 |    | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to STEWART PARKS (1) and MATTHEW BAGGOTT (2) held on 1/18/2022. In the interests of justice, and for the reasons stated on the record, the time from 1/19/2022 through and including 4/1/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 4/1/2022 at 10:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendants: remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: John Machado (1) and Dumaka Shabazz (2); US Attorney: Benet Kearney. (zjd) (Entered: 01/18/2022) |
| 01/20/2022 | 43 | MOTION to Permit *Inernational Travel* by STEWART PARKS. (Attachments: # 1 Exhibit Flight Departure Information, # 2 Exhibit Flight Return Information, # 3 Exhibit Email, # 4 Text of Proposed Order)(Machado, John) (Entered: 01/20/2022) |
| 01/21/2022 | 44 | ORDER granting 43 Motion to Permit International Travel as to STEWART PARKS (1). See attached Order for details. Signed by Judge Amit P. Mehta on 1/21/2022. (lcapm2) (Entered: 01/21/2022) |
| 01/27/2022 | 45 | NOTICE OF ATTORNEY APPEARANCE Mitra Jafary−Hariri appearing for USA. (Jafary−Hariri, Mitra) (Entered: 01/27/2022) |
| 02/10/2022 | 46 | STATUS REPORT *Regarding Discovery* by USA as to STEWART PARKS, MATTHEW BAGGOTT (Jafary−Hariri, Mitra) (Entered: 02/10/2022) |
| 03/30/2022 | 47 | Consent MOTION to Exclude *Time and Continue Status Hearing*, Consent MOTION to Continue by USA as to STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Jafary−Hariri, Mitra) Modified event on 3/31/2022 (znmw). (Entered: 03/30/2022) |
| 03/31/2022 | 48 | ORDER granting 47 Consent Motion for Excludable Delay as to STEWART PARKS (1). The status conference currently scheduled for April 1, 2022, is adjourned until May 31, 2022, at 10:15 a.m. via videoconference. See attached Order for details. Signed by Judge Amit P. Mehta on 3/31/2022. (Entered: 03/31/2022) |
| 04/25/2022 | 52 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to STEWART PARKS, MATTHEW BAGGOTT (Jafary−Hariri, Mitra) (Entered: 04/25/2022) |
| 05/31/2022 |    | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to STEWART PARKS (1) held via videoconference on 5/31/2022. Jury Trial set for 4/10/2023 at 9:30 AM before Judge Amit P. Mehta. Status Conference set for 6/30/2022 at 3:30 PM via videoconference before Judge Amit P. Mehta. In the interests of justice, and for the reasons stated on the record, the time from 6/1/2022 through and including 6/30/2022 shall be excluded in computing the date for speedy trial in this case. Bond Status of Defendant: remains on personal recognizance; Court |

| | | |
|---|---|---|
| | | Reporter: William Zaremba; Defense Attorney: John Machado; US Attorney: Benet Kearney. (zjd) (Entered: 05/31/2022) |
| 06/30/2022 | | MINUTE ORDER setting deadlines for sentencing memoranda for Defendant MATTHEW BAGGOTT (2): The Final Presentence Investigation Report shall be due on or before July 22, 2022. The Parties' Sentencing Memoranda shall be due on or before July 29, 2022. Replies, if any, shall be due on or before August 2, 2022. Reply briefs shall be limited to five pages. Sentencing for MATTHEW BAGGOTT (2) is set for August 5, 2022, at 2:00 p.m. Signed by Judge Amit P. Mehta on 6/30/2022. (lcapm2) (Entered: 06/30/2022) |
| 06/30/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to STEWART PARKS (1) held via videoconference on 6/30/2022. Bench Trial set for 8/23/2022 in Courtroom 10 before Judge Amit P. Mehta. In the interests of justice, and for the reasons stated on the record, the time from 7/1/2022 through and including 8/23/2022 shall be excluded in computing the date for speedy trial in this case. Motions due by 7/14/2022. Oppositions due by 7/28/2022. Replies due by 8/4/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: John Machado; US Attorney: Benet Kearney. (zjd) (Entered: 07/01/2022) |
| 07/01/2022 | 56 | PRETRIAL ORDER as to STEWART PARKS (1): A bench trial is set to commence in this matter on August 23, 2022, at 9:30 a.m., in Courtroom 10 as to Defendant STEWART PARKS (1), in the event the court denies any motion to transfer venue. The following deadlines shall govern pretrial proceedings: (1) The United States shall identify the evidence it will seek to introduce under Federal Rule of Evidence 404(b) on or before July 19, 2022. (2) Any motion in limine, for either side, and Defendant's motion to change venue shall be filed on or before July 14, 2022; oppositions shall be filed on or before July 28, 2022; and replies shall be filed on or before August 4, 2022. (3) Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) by July 22, 2022. The court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by August 2, 2022; any opposition to such motion shall be filed by August 16, 2022. (4) The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case−in−chief on or before August 9, 2022. Any Brady material not already disclosed also must be disclosed by this date. (5) On or before August 16, 2022, counsel shall file an abbreviated Joint Pretrial Statement. See attached Order for additional details. Signed by Judge Amit P. Mehta on 7/1/2022. (lcapm2) (Entered: 07/01/2022) |
| 07/13/2022 | 57 | NOTICE OF ATTORNEY APPEARANCE Karen E. Rochlin appearing for USA. (Rochlin, Karen) (Entered: 07/13/2022) |
| 07/13/2022 | 58 | MOTION for Extension of Time to *File Motions* by USA as to STEWART PARKS. (Kearney, Benet) (Entered: 07/13/2022) |
| 07/13/2022 | 59 | NOTICE OF ATTORNEY APPEARANCE Barry Kent Disney, I appearing for USA. (Disney, Barry) (Entered: 07/13/2022) |
| 07/14/2022 | | MINUTE ORDER granting 58 Motion to Extend Deadline to File Motions as to STEWART PARKS (1). The deadline for motions in limine and Defendant's motion for a change of venue is extended to July 20, 2022. Signed by Judge Amit P. Mehta on 7/14/2022. (lcapm2) (Entered: 07/14/2022) |
| 07/19/2022 | 62 | |

| | | |
|---|---|---|
| | | MOTION in Limine *Regarding Authentication of Certain Video Evidence* by USA as to STEWART PARKS. (Rochlin, Karen) (Entered: 07/19/2022) |
| 07/19/2022 | 63 | NOTICE of Proposed Order *For 62 Motion In Limine Re Authentication of Certain Video Evidence* by USA as to STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) Modified Text to Add ink on 7/21/2022 (zhsj). (Entered: 07/19/2022) |
| 07/19/2022 | 64 | MOTION in Limine *Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras* by USA as to STEWART PARKS. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Declaration of Thomas A. DiBiase)(Disney, Barry) (Entered: 07/19/2022) |
| 07/19/2022 | 65 | MOTION in Limine *Regarding Cross−Examination of U.S. Secret Service Witness* by USA as to STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Disney, Barry) (Entered: 07/19/2022) |
| 07/29/2022 | 68 | Unopposed MOTION to Continue *Trial* by STEWART PARKS as to STEWART PARKS, MATTHEW BAGGOTT. (Attachments: # 1 Text of Proposed Order)(Machado, John) (Entered: 07/29/2022) |
| 08/03/2022 | | NOTICE OF HEARING as to STEWART PARKS (1): Status Conference set for 8/4/2022 at 9:30 AM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 08/03/2022) |
| 08/04/2022 | 70 | MOTION for Leave to File *Motion for Change of Venue Out of Time* by STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Machado, John) (Entered: 08/04/2022) |
| 08/04/2022 | 71 | MOTION to Change Venue by STEWART PARKS. (Machado, John) (Entered: 08/04/2022) |
| 08/04/2022 | 74 | AMENDED PRETRIAL ORDER as to STEWART PARKS: A bench trial is set to commence in this matter on January 17, 2023, at 9:30 a.m. in Courtroom 10 as to Defendant STEWART PARKS, in the event the court denies any motion to transfer venue. The following deadlines shall govern pretrial proceedings: (1) The United States shall identify the evidence it will seek to introduce under Federal Rule of Evidence 404(b) on or before November 22, 2022. (2) Any motion in limine, for either side, shall be filed on or before November 29, 2022; oppositions shall be filed on or before December 13, 2022; and replies shall be filed on or before December 20, 2022. (3) Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) by November 15, 2022. The court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by November 22, 2022; any opposition to such motion shall be filed by November 29, 2022. (4) The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case−in−chief on or before December 20, 2022. Any Brady material not already disclosed also must be disclosed by this date. (5) On or before December 27, 2022, counsel shall file an abbreviated Joint Pretrial Statement. See attached Order for additional details. Signed by Judge Amit P. Mehta on 8/4/22. (lcapm2) (Entered: 08/04/2022) |
| 08/05/2022 | | MINUTE ORDER granting 70 Defendant's Unopposed Motion for Leave to File Motion for Change of Venue Out of Time as to STEWART PARKS. The court |

| | | |
|---|---|---|
| | | accepts Defendant's Motion for Change of Venue for filing. Signed by Judge Amit P. Mehta on 8/5/2022. (lcapm2) (Entered: 08/05/2022) |
| 08/05/2022 | | MINUTE ORDER denying 71 Defendant's Motion for Change of Venue as to STEWART PARKS. Defendant relies on heavy pretrial publicity as the sole basis for his request to change venue. This court has rejected that very argument and related ones in other matters. See United States v. Rhodes, No. 22−cr−15 (APM), 2022 WL 2315554, at *20−23 (D.D.C. June 28, 2022); Order, United States v. Webster, No. 21−cr−208−APM (D.D.C.), ECF No. 78. The court denies Defendant's motion for the same reasons here. In this Circuit, the appropriate way to identify whether a jury pool is biased is through a rigorous voir dire. See United States v. Haldeman, 559 F.2d 31, 63 (D.C. Cir. 1976) ("And if an impartial jury actually cannot be selected, the fact should become evident at the voir dire."). Defendant has not shown that this is the "extreme case" in which juror prejudice is presumed. United States v. Skilling, 561 U.S. 358, 381 (2010). Defendant shall appear for a status conference on August 31, 2022, at 11:00 a.m., so that the court can evaluate whether Defendant knowingly and intelligently wishes to waive his right to a jury trial and proceed with a bench trial. Signed by Judge Amit P. Mehta on 8/5/2022. (lcapm2) (Entered: 08/05/2022) |
| 09/23/2022 | | NOTICE OF HEARING as to STEWART PARKS (1): Status Conference set for 9/23/2022 at 2:00 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 09/23/2022) |
| 09/23/2022 | 78 | ENTERED IN ERROR.....NOTICE *of Waiver of Trial by Jury* by STEWART PARKS (Machado, John) Modified on 10/11/2022 (zltp). (Entered: 09/23/2022) |
| 09/23/2022 | | NOTICE OF ERROR as to STEWART PARKS regarding 78 Notice (Other). The following error(s) need correction: Document fillable. Please refile final pdf version. (zltp) (Entered: 10/11/2022) |
| 12/27/2022 | 79 | RESPONSE by STEWART PARKS re 65 MOTION in Limine *Regarding Cross−Examination of U.S. Secret Service Witness* (Machado, John) (Entered: 12/27/2022) |
| 12/27/2022 | 80 | RESPONSE by STEWART PARKS re 64 MOTION in Limine *Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras* (Machado, John) (Entered: 12/27/2022) |
| 12/27/2022 | 81 | EXHIBIT LIST by USA as to STEWART PARKS (Attachments: # 1 Exhibit Government Witness List, # 2 Exhibit Government Exhibit List, # 3 Exhibit Defendant's Witness List)(Kearney, Benet) (Entered: 12/27/2022) |
| 01/09/2023 | 82 | WITNESS LIST by STEWART PARKS (Machado, John) (Entered: 01/09/2023) |
| 01/09/2023 | 83 | NOTICE OF ATTORNEY APPEARANCE Joseph Hutton Marshall appearing for USA. (Marshall, Joseph) (Entered: 01/09/2023) |
| 01/17/2023 | 84 | Consent MOTION for Hearing *(Status Conference)*, Consent MOTION to Exclude *Time Pursuant to Speedy Trial Act* by USA as to STEWART PARKS. (Kearney, Benet) (Entered: 01/17/2023) |
| 01/18/2023 | | MINUTE ORDER as to STEWART PARKS (1) granting 84 Consent Motion to Schedule Status Conference and Exclude Time Pursuant to the Speedy Trial Act. A Status Conference is set for Thursday, January 19, 2023 at 3:00 PM via |

| | | |
|---|---|---|
| | | videoconference before Judge Amit P. Mehta. In the interests of justice, time is excluded from January 17, 2023 through and including the date of the next status conference. Signed by Judge Amit P. Mehta on 1/18/2023. (zjd) (Entered: 01/18/2023) |
| 01/19/2023 | | MINUTE ORDER AMENDING 74 PRETRIAL ORDER as to STEWART PARKS: A bench trial is set to commence in this matter on April 24, 2023, at 9:30 a.m. in Courtroom 10. On or before March 31, 2023, counsel shall file an abbreviated Joint Pretrial Statement. Signed by Judge Amit P. Mehta on 1/19/2023. (Entered: 01/19/2023) |
| 01/19/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta:Status Conference as to STEWART PARKS held via videoconference on 1/19/2023. In the interests of justice, and for the reasons stated on the record, the time from 1/19/2023 through and including 4/4/2023 will be excluded in computing the date for speedy trial in this case. Bench Trial set for 4/24/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: John Machado; US Attorneys: Benet Kearney and Joseph Marshall. (zjd) (Entered: 01/19/2023) |
| 02/27/2023 | | MINUTE ORDER as to STEWART PARKS. The court has granted Defendant's request for a bench trial and has conducted the required colloquy to confirm that Defendant's waiver is knowing and voluntary. Rule 23(a), however, also requires the defendant to waive a jury trial "in writing." Fed. R. Crim. P. 23(a). Defendant therefore shall file a written waiver, signed by Defendant, defense counsel, and the government, in the form approved in Cross v. United States, 325 F.2d 629, 632 n.9 (D.C. Cir. 1963), on or before March 15, 2023. Signed by Judge Amit P. Mehta on 2/27/2023. (lcapm2) (Entered: 02/27/2023) |
| 03/17/2023 | | MINUTE ORDER as to STEWART PARKS. The trial scheduled for April 24, 2023, is hereby vacated. A bench trial will commence in this matter on May 1, 2023, at 9:30 a.m. in Courtroom 10 before Judge Amit P. Mehta. On or before April 7, 2023, counsel shall file an abbreviated Joint Pretrial Statement. Signed by Judge Amit P. Mehta on 3/17/2023. (lcapm2) (Entered: 03/17/2023) |
| 03/21/2023 | | MINUTE ORDER as to STEWART PARKS. Per the court's Minute Order on February 27, 2023, the parties were to have signed and submitted waiver−of−jury−trial forms, but did not so do. The court will not proceed with a bench trial absent written waivers. The parties shall submit a signed waiver on or before April 4, 2023. Signed by Judge Amit P. Mehta on 3/21/2023. (lcapm2) (Entered: 03/21/2023) |
| 04/04/2023 | 85 | NOTICE *of Waiver of Trial by Jury* by STEWART PARKS (Machado, John) (Entered: 04/04/2023) |
| 04/07/2023 | 86 | EXHIBIT LIST by USA as to STEWART PARKS (Attachments: # 1 Exhibit Government Witness List, # 2 Exhibit Government Exhibit List, # 3 Exhibit Defendant Witness List)(Kearney, Benet) (Entered: 04/07/2023) |
| 04/10/2023 | 87 | EXHIBIT LIST by STEWART PARKS (Machado, John) (Entered: 04/10/2023) |
| 04/28/2023 | 89 | EXHIBIT LIST by USA as to STEWART PARKS (Attachments: # 1 Exhibit Exhibit A — Updated Exhibit List)(Kearney, Benet) (Entered: 04/28/2023) |
| 04/30/2023 | 90 | EXHIBIT LIST by STEWART PARKS (Machado, John) (Entered: 04/30/2023) |

| 05/01/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial as to STEWART PARKS (1) held on 5/1/2023. The Government rests its case. Defendant's Oral Motion for Judgment of Acquittal was heard and denied for the reasons stated on the record. Bench Trial shall resume on 5/2/2023 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: John Machado; US Attorneys: Benet Kearney and Hutton Marshall; Government Witnesses: Inspector Lanelle Hawa, Lt. George McCree, Special Agent Christopher Potts. (zjd) (Entered: 05/01/2023) |
| 05/02/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial as to STEWART PARKS (1) resumed and held on 5/2/2023. The defense rests. Defendant's Renewed Oral Motion for Judgment of Acquittal was heard and denied for the reasons stated on the record. The Court will return its verdict during a hearing on 5/3/2023 at 3:00 PM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: John Machado; US Attorneys: Benet Kearney and J. Hutton Marshall; Defense Witnesses: D.L. and Stewart Parks. (zjd) (Entered: 05/02/2023) |
| 05/03/2023 | | MINUTE ORDER DIRECTING PROBATION OFFICE as to STEWART PARKS. The court hereby refers Defendant Parks to the U.S. Probation Office for preparation of a presentence investigation report. The Final Presentence Investigation Report shall be due on or before August 7, 2023. The Parties' Sentencing Memoranda shall be due on or before August 14, 2023. Replies, if any, shall be due on or before August 18, 2023. Reply briefs shall be limited to five pages. Sentencing for STEWART PARKS is set for August 25, 2023, at 3:00 PM in Courtroom 10 before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 5/3/2023. (lcapm2) (Entered: 05/03/2023) |
| 05/03/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Hearing as to STEWART PARKS (1) held on 5/3/2023. The Court finds Stewart Parks guilty on Counts 1, 2, 3, 4, and 5 of the 15 Information, for the reasons stated on the record. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to STEWART PARKS (1). Sentencing set for 8/25/2023 at 3:00 PM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: John Machado; US Attorneys: Benet Kearney and J. Hutton Marshall. (zjd) (Entered: 05/03/2023) |
| 05/04/2023 | 92 | Unopposed MOTION to Permit *Remote Sentencing* by STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Machado, John) (Entered: 05/04/2023) |
| 05/15/2023 | | MINUTE ORDER denying 92 Unopposed Motion to Permit Remote Sentencing as to STEWART PARKS. The court declines to allow Defendant to be sentenced remotely. An in−person sentencing is in the public interest and would better serve the interests of justice. Those factors outweigh the convenience of a remote hearing to Defendant. Signed by Judge Amit P. Mehta on 5/15/2023. (lcapm2) (Entered: 05/15/2023) |
| 07/18/2023 | | MINUTE ORDER as to STEWART PARKS. The sentencing scheduled for August 25, 2023, shall now take place at 3:00 p.m. Signed by Judge Amit P. Mehta on 7/18/2023. (lcapm2) (Entered: 07/18/2023) |
| 07/31/2023 | 96 | Unopposed MOTION to Continue *Sentencing Hearing* by USA as to STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Marshall, Joseph) (Entered: 07/31/2023) |
| 07/31/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting 96 Unopposed Motion to Continue Sentencing Hearing. The sentencing hearing scheduled for August 25, 2023, is hereby vacated and rescheduled for October 13, 2023, at 2:00 in Courtroom 10 before Judge Amit P. Mehta. Sentencing memoranda shall be filed by October 6, 2023; any Reply memoranda of no more than five pages shall be filed by October 11, 2023. Signed by Judge Amit P. Mehta on 7/31/2023. (lcapm2) (Entered: 07/31/2023) |
| 10/06/2023 | 99 | SENTENCING MEMORANDUM by USA as to STEWART PARKS (Marshall, Joseph) (Entered: 10/06/2023) |
| 10/10/2023 | 100 | Unopposed MOTION to Continue *Sentencing* by STEWART PARKS. (Attachments: # 1 Text of Proposed Order)(Machado, John) (Entered: 10/10/2023) |
| 10/11/2023 | | MINUTE ORDER granting Defendant Parks's 100 Unopposed Motion to Continue Sentencing. The sentencing hearing scheduled for October 13, 2023, is hereby vacated and reset for November 15, 2023, at 5:00 p.m. in a courtroom to be determined. Defendant shall file his sentencing memorandum by November 8, 2023, and any reply memorandum of no more than five pages shall be filed by November 13, 2023. Signed by Judge Amit P. Mehta on 10/11/23. (lcapm2) (Entered: 10/11/2023) |
| 11/13/2023 | 103 | SENTENCING MEMORANDUM by STEWART PARKS (Attachments: # 1 Exhibit A through U − Letters)(Machado, John) (Entered: 11/13/2023) |
| 11/13/2023 | 104 | NOTICE *of Filing of Exhibits Pursuant to Local Criminal Rule 49* by USA as to STEWART PARKS (Marshall, Joseph) (Entered: 11/13/2023) |
| 11/14/2023 | | NOTICE OF HEARING as to STEWART PARKS (1): The sentencing set for November 15, 2023 at 5:00 PM before Judge Amit P. Mehta shall proceed in Courtroom 24 (fourth floor, annex building). (zjd) (Entered: 11/14/2023) |
| 11/15/2023 | | NOTICE OF HEARING as to STEWART PARKS (1): The sentencing set for November 15, 2023 in Courtroom 24 before Judge Amit P. Mehta shall now proceed at 4:00 p.m. (same date, new time). (zjd) (Entered: 11/15/2023) |
| 11/16/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Sentencing held on 11/16/2023 as to STEWART PARKS (1). As to Counts 1, 2, and 5 of the 15 Information, the Defendant is sentenced to eight (8) months of incarceration and twelve (12) months of supervised release. As to Counts 3 and 4 of the 15 Information, the Defendant is sentenced to six (6) months of incarceration. All terms of incarceration and supervised release shall run concurrently. Bond Status of Defendant: ordered to self−surrender, remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: John Machado; US Attorney: J. Hutton Marshall; Probation Officer: Aidee Gavito. (zjd) (Entered: 11/16/2023) |
| 11/22/2023 | 105 | JUDGMENT as to STEWART PARKS. Statement of Reasons Not Included. Signed by Judge Amit P. Mehta on 11/22/2023. (zltp) (Entered: 11/22/2023) |
| 11/22/2023 | 106 | STATEMENT OF REASONS as to STEWART PARKS. re 105 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Amit P. Mehta on 11/22/2023. (zltp) (Entered: 11/22/2023) |
| 11/24/2023 | 107 | NOTICE OF APPEAL − Final Judgment by STEWART PARKS re 105 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Machado, John) (Entered: 11/24/2023) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **21-CR-411 (APM)** |
| v. | ) | |
| | ) | **Judge: Mehta** |
| STEWART PARKS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Stewart Parks, would like to

exercise his right to appeal the judgment and sentence imposed in this action on

November 15, 2023, and signed by the court on November 22, 2023,  to the

United States Court of Appeals for the District of Columbia Circuit.


Respectfully submitted,

STEWART PARKS
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Stewart Parks
503 D St, NW, Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this  24th day of November, 2023, which will send a notification of such filing (NEF) to all counsel of record.

    /s/John L. Machado    
John L. Machado, Esq.
Bar Number 449961
Attorney for Stewart Parks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| STEWART PARKS | ) | Case Number:  21-cr-411-1 (APM) |
| | ) | USM Number:  48424-509 |
| | ) | John Machado |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☑ was found guilty on count(s)   1, 2, 3, 4, and 5 of the Information filed on 6/21/2021
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 1 |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 2 |

The defendant is sentenced as provided in pages 2 through ____8____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/15/2023
Date of Imposition of Judgment

2023.11.22
08:43:50
-05'00'

Signature of Judge

Amit P. Mehta, U.S. District Judge
Name and Title of Judge

Date

16

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page _____ of _____ 8

DEFENDANT:  STEWART PARKS
CASE NUMBER:   21-cr-411-1 (APM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 3 |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4 |
| 18 U.S.C. § 641 | Theft of Government Property | 1/6/2021 | 5 |

17

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | | |
|---|---|---|---|
| Judgment — Page | 2 | of | 8 |

DEFENDANT:   STEWART PARKS
CASE NUMBER:   21-cr-411-1 (APM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a
total term of:
eight (8) months as to Counts 1, 2, and 5 of the Information (at ECF No. 15) and six (6) months as to Counts 3 and 4. All terms
of imprisonment shall run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
  placement at a facility near the Middle District of Tennessee.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☑ as notified by the Probation or Pretrial Services Office. The Court approves a self-surrender date after February 1, 2024.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __8__

DEFENDANT:   STEWART PARKS
CASE NUMBER:   21-cr-411-1 (APM)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

 twelve (12) months as to Counts 1, 2, and 5 of the Information.

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
  ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 8 |

DEFENDANT:  STEWART PARKS
CASE NUMBER:  21-cr-411-1 (APM)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature   _____        Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3B — Supervised Release

Judgment—Page ___5___ of ___8___

DEFENDANT:  STEWART PARKS
CASE NUMBER:  21-cr-411-1 (APM)

## ADDITIONAL SUPERVISED RELEASE TERMS

Supervision shall be transferred to the district of residence. Judge Mehta will retain jurisdiction over this matter.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page    6    of    8

DEFENDANT:  STEWART PARKS
CASE NUMBER:  21-cr-411-1 (APM)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - If restitution is ordered by the Court, you must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: STEWART PARKS
CASE NUMBER: 21-cr-411-1 (APM)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 95.00 | $ | $ | $ | $ |

☑ The determination of restitution is deferred _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.