# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 23-3222 September Term, 2023

1:21-cr-00411-APM-1

Filed On: December 1, 2023 [2029628]

United States of America,

    Appellee

    v.

Stewart Parks,

    Appellant

# O R D E R

The notice of appeal was filed on November 24, 2023, and docketed in this court on November 29, 2023. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs, and appellant is being represented on appeal by the Federal Public Defender for the District of Columbia. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | December 18, 2023 |
| Entry of Appearance Form | December 18, 2023 |
| Transcript Status Report | December 18, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit a copy of this order to Trial Counsel, John Louis Machado. Trial Counsel is directed to transmit all papers in his possession, including any transcripts prepared under the Criminal Justice Act, to appellate counsel as promptly as possible.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Laura M. Morgan
        Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Criminal Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Transcript Status Report Form](#)