UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

 **v.**      No. 23-3222

**STEWART PARKS,**

    **Appellant.**

### INITIAL TRANSCRIPT STATUS REPORT

☐ No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐ All transcripts necessary for the appeal have been completed and received.

* * * * *

Interim Part I:    The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 06/09/21 | Initial Appearance | FTR Gold |
| 06/25/21 | Arraignment | William Zaremba |
| 08/31/21 | Status Conference | William Zaremba |
| 11/05/21 | Status Conference | William Zaremba |
| 01/18/22 | Status Conference | William Zaremba |
| 05/31/22 | Status Conference | William Zaremba |
| 06/30/22 | Status Conference | William Zaremba |
| 01/19/23 | Status Conference | William Zaremba |
| 05/01/23 | Bench Trial | William Zaremba |
| 05/02/23 | Bench Trial | William Zaremba |
| 05/03/23 | Verdict Hearing | William Zaremba |
| 11/16/23 | Sentencing | William Zaremba |

Interim Part II:    The following necessary transcripts have been completed and received:

Interim Part III:   State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

_____
_____
_____

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TONY AXAM, JR.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Initial Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on December 18, 2023.

Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have served the foregoing document by using the U.S. District Court For The District Of Columbia online Request A Transcript site to order transcripts from FTR Gold and William Zaremba, Official Court Reporters.

/s/
_____
TONY AXAM, JR.