# United States Court of Appeals

**District of Columbia Circuit**
**Washington, D.C.  20001-2866**

**Case Caption:** _____

**v.**

**Case No:** _____

_____

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

❑   Appellant(s)/Petitioner(s)     ❑   Appellee(s)/Respondent(s)     ❑   Intervenor(s)     ❑   Amicus Curiae

_____           _____

_____           _____

_____           _____

_____           _____

Names of Parties                                             Names of Parties

### Counsel Information

Lead Counsel:_____

Direct Phone:_____  Fax: _____  Email: _____

2nd Counsel:_____

Direct Phone:_____  Fax: _____  Email: _____

3rd Counsel:_____

Direct Phone:_____  Fax: _____  Email: _____

Firm Name:_____

Firm Address:_____

Firm Phone: _____  Fax: _____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

[USCADC Form 3 (Rev. Mar 2004)]