# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Appellee,** | ) |
| | ) |
| v. | ) NO. 23-3222 |
| | ) |
| **STEWART PARKS,** | ) |
| | ) |
| **Appellant.** | ) |

## FINAL TRANSCRIPT STATUS REPORT

Appellant, Stewart Parks, through undersigned counsel, respectfully states that all transcripts necessary for this appeal have been received.

         Respectfully submitted,

         A. J. KRAMER
         FEDERAL PUBLIC DEFENDER

         _____/s/_____
         MOLLY RUNKLE
         Assistant Federal Public Defender
         625 Indiana Avenue, N.W., Suite 550
         Washington, D.C. 20004
         (202) 208-7500
         molly_runkle@fd.org