# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3222**                    **September Term, 2023**

**1:21-cr-00411-APM-1**

**Filed On: March 6, 2024** [2043772]

United States of America,

       Appellee

   v.

Stewart Parks,

       Appellant

**O R D E R**

    Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | April 17, 2024 |
| Appendix | April 17, 2024 |
| Appellee's Brief | May 17, 2024 |
| Appellant's Reply Brief | June 7, 2024 |

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

         BY:   /s/
                 Louis Karl Fisher
                 Deputy Clerk