# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3222**  September Term, 2023

1:21-cr-00411-APM-1

Filed On: April 8, 2024 [2048647]

United States of America,

    Appellee

  v.

Stewart Parks,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 17, 2024 |
| Appendix | May 17, 2024 |
| Appellee's Brief | June 17, 2024 |
| Appellant's Reply Brief | July 8, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk