# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | )  No. 23-3222 |
| | ) |
| **STEWART PARKS,** | ) |
| | ) |
| Appellant. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Stewart Parks, through undersigned counsel, respectfully moves this Court, pursuant to Circuit Rule 28(e), for a 30-day extension of time to and including July 17, 2024, in which to file his opening brief and appendix. Marc Thompson has indicated that the government has no objection to the relief requested in the instant motion.

In support of this motion, appellant states as follows:

1. Appellant was convicted after a bench trial in Docket No. 21-cr-411 on five misdemeanor counts arising from the events on January 6, 2021: 18 U.S.C. § 1752(a)(1) (entering and remaining in a restricted building or grounds); 18 U.S.C. § 1752(a)(2) (disorderly and

disruptive conduct in a restricted building or grounds); 40 U.S.C. § 5104(e)(2)(D) (disorderly conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol Building); and 18 U.S.C. § 641 (misdemeanor theft of government property). He was sentenced to 8 months' incarceration and 12 months' supervised release.

2. Pursuant to this Court's May 8, 2024 Order, Mr. Parks's opening brief and the appendix are currently due June 17, 2024.

3. Counsel has conducted a preliminary review of Mr. Parks's case but has not completed that review or final issue identification. Given this and other obligations before this Court and the District Court, counsel requests additional time to prepare Mr. Parks's opening brief and appendix.

4. Oral argument has not been scheduled and the government does not oppose this motion.

WHEREFORE, appellant requests that this Court grant his motion for a 30-day extension of time to file his brief and appendix to and including July 17, 2024.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MOLLY RUNKLE
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC   20004
(202) 208-7500
molly_runkle@gmail.com

## CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMIT

I hereby certify, pursuant to Fed. R. App. P. 32(g) and Fed. R. App. P. 27(d)(2)(A), that the foregoing Unopposed Motion for Extension Of Time To File Appellant's Brief was prepared in Century Schoolbook 14-point font and contains 269 words.

/s/
_____
MOLLY RUNKLE

3