# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3222**                                    **September Term, 2023**

**1:21-cr-00411-APM-1**

**Filed On: June 10, 2024** [2058813]

United States of America,

        Appellee

    v.

Stewart Parks,

        Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | July 17, 2024 |
| Appendix | July 17, 2024 |
| Appellee's Brief | August 16, 2024 |
| Appellant's Reply Brief | September 6, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Louis Karl Fisher
       Deputy Clerk